

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Terry W. Smith                                             3508054

_____          _____
(Enter above the full name of the plaintiff           (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                                           CIVIL ACTION NO. 2:18 - 0512
                                                     (Number to be assigned by Court)

South Central Regional Jail

_____
(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same
        facts involved in this action or otherwise relating to your imprisonment?

                   Yes  ✓          No _____

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: Terry W. Smith

   Defendants: South Central Regional Jail

2. Court (if federal court, name the district; if state court, name the county);

   County

3. Docket Number: 2:18-cv-0438

4. Name of judge to whom case was assigned:

   Dewayne Tinsley

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   Pending

6. Approximate date of filing lawsuit: 3-13-18

7. Approximate date of disposition: n/a

2

II. **Place of Present Confinement:** South Central Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓    No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓    No ___

    C. If you answer is YES:

        1. What steps did you take? Asked repeatedly for toenail clippers.

        2. What was the result? Nothing at all

    D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Terry W. Smith

        Address: 1001 Centre Way S. Chas WV 25309

    B. Additional Plaintiff(s) and Address(es): ___

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: SCRJ

    is employed as: _____

    at 1001 Centre Way S. Chas. WV 25309

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I had repeatedly asked for nail clippers since my fingernails and toenails needed trimmed badly. One day, I was putting on my socks and felt excruciating pain on my left toe. When I removed my left sock, my toenail was hanging off and bleeding profusely.

**IV.  Statement of Claim (continued):**

_____

_____

_____

_____

_____

_____

_____

_____

_____

**V.   Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for my pain and suffering and would also like for other inmate's nails to be cared for.

V.  **Relief (continued)):**

_____

_____

_____

_____

_____

VII. **Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____        No __✓__

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _don't know who to contact._

_____

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____        No __✓__

If so, state the lawyer's name and address:

_____

_____

Signed this _16th_ day of _March_____, 20_18_.

_____
_____
_____

_Terry Smith_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _3-26-18_____.
                (Date)

_Terry Smith_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)